IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EUGENE SCALIA, Secretary of Labor,
United States Department of Labor;

Plaintiff,

vs.

JELINEK CUSTOM CLEANING, INC., and
BRIAN JELINEK, an individual;

Defendants.

**8:20CV371**

**ORDER**

This matter comes before the Court on the parties' Joint Motion for Voluntary Dismissal with Prejudice (Filing No. 20). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with the Court retaining jurisdiction in this matter for the sole purpose of enforcing the terms of the settlement agreement, if necessary, through December 31, 2022.

Dated this 7th day of June, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge